

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2016

No. 04-16-00379-CR

Manuel Anaya-**VEGA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9661
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

After we granted two extensions of time to file the reporter's record, the record was due September 23, 2016. The court reporter has now filed a third notification of late record asking for an additional thirty days in which to file the record. We **GRANT** the reporter's request and **ORDER** the reporter to file the reporter's record in this court on or before October 24, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court